JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ASHLEY WHEELER,<br><br>Petitioner,<br><br>v.<br><br>TINA HORNBECK, Warden, et al.,<br><br>Respondent. | Case No. EDCV 09-1034-JST (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 7, 2011

**JOSEPHINE STATON TUCKER**
HONORABLE JOSEPHINE STATON TUCKER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge